1  Robert P. Goe - State Bar No. 137019
   Elizabeth A, LaRocque – State Bar No. 219977
2  **GOE & FORSYTHE, LLP**
   18101 Von Karman Ave., Ste. 510
3  Irvine, CA 92612
   rgoe@goeforlaw.com
4  elarocque@goeforlaw.com

5  Telephone: (949) 798-2460
   Facsimile:   (949) 955-9437

Attorneys for Secured Creditor, DIVP Hospitality Vallejo, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CAIRO INVESTMENTS, LLC<br><br><br>Debtor. | Case No. 11-32011-DM<br><br>Chapter 7 Case, converted from Chapter 11 on July 28, 2011<br><br>**STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Hearing:**<br>Date: August 11, 2011<br>Time: 9:30 a.m.<br>Ctrm: 235 Pine Street, 19th Floor<br>         San Francisco, CA 94104 |

It is hereby stipulated by and between DIVP Hospitality Vallejo, LLC, holder of a first deed of trust and secured creditor herein ("DIVP") and the Chapter 7 Trustee Barry Milgrom ("Trustee") for the bankruptcy estate of Cairo Investments, LLC, Debtor ("Debtor") for relief from the automatic stay as set forth herein.

A.   On May 24, 2011, Debtor filed a Chapter 11 petition for relief, which was converted to Chapter 11 by Order entered July 28, 2011 [Docket No. 24]. Debtor's Schedules indicate that it owns property located at 300 Fairgrounds Drive, Vallejo, California 94590, which is operated as a motel (the "Property").

B.  On July 22, 2011, DIVP filed a Motion for Relief from the Automatic Stay [Docket No. 17] ("Stay Motion"), which is scheduled for hearing on August 11, 2011.

C.  DIVP is the holder of the first deed of trust secured by the Property. The Trustee has determined that there appears to be no equity in the Property and hereby stipulates to immediate relief from the automatic stay.

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. DIVP shall have immediate relief from stay as to the Debtor and the bankruptcy estate to take any and all enforcement action necessary to enforce its Note and Deed of Trust, including, but not limited to, taking immediate possession of the Property and foreclosing on its Note and Deed of Trust;

2. It is further stipulated that the Trustee waives the the provisions of Federal Rules of Bankruptcy Procedure 4001 (a) (3) and that this Order is not stayed for fourteen (14) day after entry; and

3. Finally, it is stipulated that DIVP shall have immediate relief from stay as to the Debtor and the bankruptcy estate, such that it can pursue any and all rights in the pending Superior Court of California, County of Solano case entitled *"Bank of the West v. Hanif Shaikh & Nasir Sheikh Partnership, et al., Case No. FCS037212"*.

**IT IS SO STIPULATED.**

DATED: July 29, 2011              **GOE & FORSYTHE, LLP**

By: /s/Robert P. Goe
Robert P. Goe
Attorneys for Secured Creditor,
DIVP Hospitality Vallejo, LLC

DATED: August 3, 2011            **BARRY MILGROM**
**Chapter 7 Trustee**

By: _____
Barry Milgrom, Trustee

2

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612.

A true and correct copy of the foregoing document described as **STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers, and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>August 5, 2011</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Julie M. Glosson julie.m.glosson@usdoj.gov
- Robert P. Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com
- Barry Milgrom barrymilgrom@gmail.com, C114@ecfcbis.com
- Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Dennis Yan DENNISY@YAHOO.COM, dy@yanlaw.com

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**(indicate method for each person or entity served)**:** On <u>August 5, 2011</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

| **Debtor** | **Schedule E Creditor** | **Schedule E Creditor** |
|---|---|---|
| Hanif Shaikh, President<br>CAIRO INVESTMENTS, LLC<br>2026 Lombard St.<br>San Francisco, CA 94123 | Employment Development Department<br>State Of California<br>PO Box 826218<br>Sacramento CA 94230-6218 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| **Schedule E Creditor** | **Schedule F Creditor** | **Schedule F Creditor** |
| State Board of Equalization<br>Account & Analysis & Control Section<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | Sheppard, Uziel, Sussman & Rosen<br>100 Montgomery St., Ste 2100<br>San Francisco, CA 94104 | Robert J. Bockelman<br>1169 Market St., Ste 003<br>San Francisco, CA 94103 |
| **2nd TD Holder on Property** | **Judge Montali** | |
| Colson Services Corp<br>PO Box 1889<br>Bowling Green Station<br>New York, NY 10274 | Honorable Dennis Montali<br>U. S. Bankruptcy Court<br>PO Box 7341<br>San Francisco, CA 94120- | |

7341

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>August 5, 2011</u>, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**NONE**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 5, 2011 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Type Name* | *Signature* |