# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Cairo Investments, LLC<br>   aka   Lombard Plaza<br>         Debtor(s) | Case No.: 11–32011 DM 7<br>Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☒ Barry Milgrom is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☒ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: 10/31/11

By the Court:

Dennis Montali
United States Bankruptcy Judge